# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-2822
LT Case No. 2022-CA-000323

_____

THE ESTATE OF ELIZABETH I.
HUMMEL, BY AND THROUGH
DEBRA L. ADKINS, PERSONAL
REPRESENTATIVE,

     Appellant,

     v.

BROOKSVILLE HEALTH CARE
CENTER, LLC, HEALTH SERVICES
MANAGEMENT, INC., NHI-REIT
OF FLORIDA, LLC, HEALTH
SERVICES MANAGEMENT OF
FLORIDA, LLC, WANDA MOAK,
AND JENNIFER RENEE HENLEY,

     Appellees.

_____

On appeal from the Circuit Court for Hernando County.
Donald E. Scaglione, Judge.

Lisa M. Tanaka, of Wilkes & Associates, P.A., Tampa, for
Appellant.

Marie A. Borland, Ethen R. Shapiro and Connolly C. McArthur,
of Hill, Ward & Henderson, P.A., Tampa, for Appellees.


September 5, 2023

PER CURIAM.

AFFIRMED.

SOUD, KILBANE, and PRATT, JJ., concur.

---------------------------------

***Not final until disposition of any timely and authorized motion
under Fla. R. App. P. 9.330 or 9.331.***

---------------------------------